UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE JEAN MOSLEY,<br>Plaintiff,<br>v.<br>WELLS FARGO BANK NA, et al.,<br>Defendants. | Case No. 17-cv-05064-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

This civil action was filed on August 31, 2017. (Re: Dkt. No. 1.) Plaintiff's former counsel filed a motion to withdraw which the Court granted. (Dkt. No. 42.) Plaintiff is now proceeding pro se, but failed to participate in the submission of a Joint Case Management Statement and failed to submit her own Statement. She also failed to appear for the Case Management Conference on April 26, 2018 and did not otherwise communicate with the Court.

Accordingly, Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41. In particular, if Plaintiff wishes to continue to prosecute this action she shall submit a written response to this Order by **May 10, 2018** explaining why the Court should not dismiss this action for failure to prosecute.

The Court will hold a hearing on the Order to Show Cause on **May 24, 2018 at 1:30 p.m.**, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is warned that her failure to comply with this Order, and specifically, the failure to file a written response by May 10, 2018, may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

//

//

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge